

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2014

No. 04-14-00359-CR

The **STATE** of Texas,
Appellant

v.

Arturo **MARTINEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 13-CR-727
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

On March 31, 2014, the trial court signed an order granting Arturo Martinez's motion to suppress evidence. On April 2, 2014, the State requested findings of fact and conclusions of law, which the trial court signed on April 28, 2014, and the trial court clerk filed on April 30, 2014. On May 15, 2014, the State filed its notice of appeal which stated the notice was timely given the date the trial court's findings of fact and conclusions of law were filed.

The State may appeal a trial court's order that "grants a motion to suppress evidence" under certain circumstances. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(5), (d) (West Supp. 2014); TEX. R. APP. P. 26.2(b). The statute does not authorize the State to appeal the trial court's findings of fact and conclusions of law. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a). The State must file its notice of appeal within twenty days of the date the complained of order was signed. TEX. CODE CRIM. PROC. ANN. art. 44.01(d); TEX. R. APP. P. 26.2(b); *State ex rel. Sutton v. Bage*, 822 S.W.2d 55, 57 (Tex. Crim. App. 1992) (determining that the date the order was signed controls the timetable under article 44.01(d)).

The State's notice of appeal was due on April 21, 2014. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(d); TEX. R. APP. P. 26.2(b); *State v. Cullen*, 195 S.W.3d 696, 700 (Tex. Crim. App. 2006) ("[T]he time to perfect an appeal under Rule of Appellate Procedure 26.2 and Code of Criminal Procedure Article 44.01 is unaffected by the requirement that the trial court enter findings and conclusions if requested.").

We ORDER the State to SHOW CAUSE in writing within FIFTEEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. If the State fails to show cause within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 43.2(f).

All other appellate deadlines are SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2014.

Keith E. Hottle
Clerk of Court